IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:04-cv-00087-W

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT UNION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LOUIS R. PATTERSON, PATTERSON EXPRESS, INC., JAMES E. GARDNER, MINIT MAN EXPRESS, INC., and QUALITY EXCHANGE, INC., | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Summary Judgment on Defendant Minit Man's counterclaim (Doc. No. 37). Pursuant to the oral ruling entered in open court on September 28, 2006, Plaintiff's Motion for Summary Judgment is GRANTED. The Clerk is directed to release the cash bond in the amount of $1,000.00 and the surety bond in the amount of $96,038.44 to counsel for Plaintiff.

IT IS SO ORDERED.

Signed: October 5, 2006

Frank D. Whitney
United States District Judge